IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, LOCAL
LODGE 2766; INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE WORKERS
DISTRICT LODGE 92; INTERNATIONAL
ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS; AFL-CIO

      Plaintiffs,

v.                                                      CV 05-VEH-2281-NE

HUNTSVILLE-MADISON COUNTY
AIRPORT AUTHORITY AND CITY
OF HUNTSVILLE, ALABAMA,

      Defendants.

### MEMORANDUM

    It should be noted that the parties jointly prepared and agreed to the form of the final judgment filed this 7th day of November 2005 based upon the court's rulings announced on the record at the conclusion of the trial. Other than as specifically agreed to at the hearing, the parties have agreed as to form only.

    **DONE** and **ORDERED** this the 7th day of November, 2005.

*/s/ Robert B. Propst*
_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**