IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, LOCAL
LODGE 2766; INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE WORKERS
DISTRICT LODGE 92; INTERNATIONAL
ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS; AFL-CIO

      Plaintiffs,

v.                                                                CV 05-VEH-2281-NE

HUNTSVILLE-MADISON COUNTY
AIRPORT AUTHORITY AND CITY
OF HUNTSVILLE, ALABAMA,

      Defendants.

## MEMORANDUM

The court notes that the parties agreed that the right to picket could be extended in 48 hour terms upon informal phone requests which would be promptly responded to in good faith.

**DONE** and **ORDERED** this the 8th day of November, 2005.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE